IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      vs.<br><br>$25,180.00 IN UNITED STATES CURRENCY,<br><br>                    Defendant. | 4:13CV3103<br><br>**ORDER** |

This matter is before the court on counsel Rebecca Hyde Skordas' motion to withdraw as counsel in this case, (Filing No. 18). Ms. Skordas apparently entered an application for admission pro-hac vice in this case in error. Accordingly,

IT IS ORDERED:

1) The motion to withdraw, (Filing No. 18), is granted.

2) Having no counsel, claimant John Anderson may refile his previously denied motion for appointment of counsel, (Filing No. 16). Any such motion should be accompanied by evidence in support of the motion.

3) The Office of the Clerk shall send a copy of this order to John Anderson via first class mail at his address of record and provide him notice at jander3@cox.net.

Dated this 4th day of September, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge