IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>$25,180.00 IN UNITED STATES CURRENCY,<br><br>                  Defendant. | 4:13-CV-3103<br><br>ORDER |

     This matter is before the Court on claimant John Anderson's motion for appointment of counsel (filing 58) and supporting motion to proceed in forma pauperis (filing 60). Pursuant to 28 U.S.C. § 1915(e)(1), the Court "may request an attorney to represent any person unable to afford counsel." The Court must consider the factual and legal complexity of the underlying issues, the existence of conflicting testimony, and the ability of the indigent plaintiff to investigate the facts and present his claims. *Ward v. Smith*, 721 F.3d 940, 942 (8th Cir. 2013); *Phillips v. Jasper Cnty. Jail*, 437 F.3d 791, 794 (8th Cir. 2006). The Court finds that the criteria for appointment of counsel are satisfied in this case.

     IT IS ORDERED:

1.    The claimant's motions for appointment of counsel (filing 58) and to proceed in forma pauperis (filing 60) are granted.

2.    Pursuant to NEGenR 1.7(g), 28 U.S.C. § 1915(e)(1), and the inherent authority of the Court, the following counsel is appointed to represent the claimant:

        Jonathan J. Papik
        Cline Williams Wright Johnson & Oldfather, L.L.P.
        One Pacific Place
        1125 S. 103rd Street
        Omaha, NE 68124
        (402) 397-1700
        jpapik@clinewilliams.com

3. Counsel shall promptly enter an appearance accepting the Court's appointment.

4. Expenses and attorney fees shall be paid from the Federal Practice Fund under the restrictions set out in NEGenR 1.7(g) and this district's Amended Federal Practice Fund Plan and the Federal Practice Committee Plan (as adopted March 11, 2014). Counsel is particularly directed to Section II(A)(1)(a), Section VI(A)(1), and Attachment A of the Amended Federal Practice Fund Plan, which explain what fees and expenses are authorized and how to seek reimbursement.

5. Any objection to the Magistrate Judge's Findings, Recommendation, and Order of June 9, 2014 (filing 56) shall be filed on or before August 22, 2014.

6. On or before August 6, 2014, counsel for the parties shall contact the Magistrate Judge's chambers to set a status conference to discuss case progression.

7. The Clerk of the Court is directed to provide a copy of this order to the claimant by e-mail and by United States Mail using the following contact information:

> John Anderson
> P.O. Box 3205
> San Clemente, California 92674
> (949) 681-8012
> jander3@cox.net

Dated this 24th day of July, 2014.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge