IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>$25,180.00 IN UNITED STATES CURRENCY,<br><br>　　　　　　Defendant. | 4:13CV3103<br><br>**ORDER** |

　　　After conferring with the parties,

　　　IT IS ORDERED:  On or before September 15, 2014, or within ten days following the court's ruling on any objection to the pending Findings and Recommendation, (whichever is later), the parties shall contact my chambers to schedule a conference call to discuss final case progression deadlines, including the pretrial conference and trial dates.

　　　August 5, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge