IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | 4:13-CV-3103 |
| vs. | | TRIAL ORDER |
| $25,180.00 IN UNITED STATES CURRENCY, | | |
| Defendant. | | |

IT IS ORDERED:

1.  The above-captioned civil case is set for a non-jury trial before the undersigned judge in Courtroom 1 (Special Proceedings), Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, commencing at 9:00 a.m. on May 4, 2015, or as soon thereafter as the case may be called, for a duration of 2 trial days.

2.  A pretrial teleconference is scheduled to be held before the undersigned judge in chambers at 2:30 p.m. on Thursday, April 30, 2015. An email will be sent to counsel of record with instructions for participating in the pretrial teleconference.

3.  To facilitate the pretrial teleconference, the Court will utilize the Order on Final Pretrial Conference (filing 87) entered by the United States Magistrate Judge on April 23, 2015.

4.  Motions in limine, including motions with respect to expert witnesses, shall be filed on or before Wednesday, April 29, 2015.

5.  Parties shall deliver to the Court, on or before Thursday, April 30, 2015, trial copies of all exhibits in a three-ring binder organized for use by dividers or tabs. Exhibit binders should be delivered to the Clerk of the Court in Omaha.

6.  Each subsequent day of trial will begin at 8:45 a.m. unless the Court directs otherwise.

7.  Questioning of witnesses will be limited to direct examination, cross-examination, and redirect examination unless the Court allows further examination.

8.  Witnesses who do not appear to testify when scheduled will be considered withdrawn. The trial will then proceed with the presentation of any remaining evidence.

9.  A list of the equipment available in the courtroom, and a virtual tour of the courtroom, is available on the Court's external web page at http://www.ned.uscourts.gov/attorney/courtroom-technology.

Dated this 24th day of April, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge